IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

GRACE NADINE MCGUIRE,                )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )   1:11cv528 (LMB/TCB)
                                     )
IBM CORPORATION, et al.,             )
                                     )
        Defendants.                  )

## ORDER

Defendants IBM Corporation, Henry Horton, Cathie Skoog, and Judith Vars filed a Motion to Dismiss and, Alternatively, Motion to Strike [Dkt. No. 6], and noticed the hearing for Friday, August 26, 2011 at 10:00 a.m. Defendant Tetra Tech, Inc. filed a Motion to Dismiss [Dkt. No. 9], and noticed the hearing for Friday, August 19, 2011 at 10:00 a.m. In the interest of efficiency, the motions will be heard at the same time. Accordingly, it is hereby

ORDERED that the hearing on defendant Tetra Tech, Inc.'s Motion to Dismiss [Dkt. No. 9] be and is RESCHEDULED from Friday, August 19, 2011 to Friday, August 26, 2011 at 10:00 a.m.

The Clerk is directed to remove the hearing from the August 19, 2011 docket, reschedule the hearing for August 26, 2011 at 10:00 a.m., and forward copies of this Order to counsel of record and plaintiff pro se.

Entered this 26th day of July, 2011.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge